EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Lourdes Rodríguez Villalba | Queja<br><br>2004 TSPR 33<br><br>160 DPR _____ |

Número del Caso: AB-2002-137

Fecha: 1 de marzo de 2004

Oficina del Procuradora General:

                        Lcda. Edna Evelyn Rodríguez Benítez
                        Procuradora General Auxiliar

Abogada de la Querellada:

                        Por Derecho Propio

Materia: Moción con Carácter Urgente Solicitando Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lourdes Rodríguez Villalba

AB-2002-137

RESOLUCION

San Juan, Puerto Rico, a 1 de marzo de 2004.

Vista la moción en auxilio de jurisdicción presentada por la peticionaria Lourdes Rodríguez Villalba, en la que solicita su reinstalación a la práctica de la profesión de la abogacía, se declara la misma con lugar. Se ordena la reinstalación inmediata de ésta a la profesión.

Notifíquese por teléfono y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo